**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 24-66-CJS**

**TINA ANN WELLS**                                                                          **PLAINTIFF**

**v.**                                            **JUDGMENT**

**FRANK BISIGNANO, Commissioner**[1]
**Social Security Administration**                                                    **DEFENDANT**

**\* \* \*   \* \* \*   \* \* \*   \* \* \***

In accordance with the Memorandum Opinion and Order contemporaneously entered herewith, **IT IS ORDERED and ADJUDGED** as follows:

1)      Judgment is hereby **ENTERED** in favor of Plaintiff Tina Ann Wells;

2)      The Commissioner's decision is hereby **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings;

3)      This case is hereby **DISMISSED** and **STRICKEN** from the active docket; and

4)      This Judgment is **FINAL** and **APPEALABLE.**

Signed this 30th day of March, 2026.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

G:\Judge-CJS\DATA\Orders\civil ashland\2024\24-66-CJS Judgment.docx

---

[1]  Frank Bisignano became the Commissioner of Social Security on May 7, 2025.  Pursuant to Federal Rule of Civil Procedure 25(d), Frank Bisignano is substituted for Martin O'Malley as Defendant in this case.